UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN AKOUALA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No. 3:23-MJ-534<br><br>**DEFENDANT'S MOTION FOR CHANGE OF VENUE AND RECUSAL** |
|---|---|---|

The Defendant, Christian Akouala submits this Motion for a Change of Venue pursuant to Fed. R. Crim Pro. Rule 21(a). Furthermore, Mr. Akouala submits a Motion to Recuse.

Dated the 10th day of October, 2023.

    Respectfully submitted,

    JASON J. TUPMAN
    Federal Public Defender
    By:

    */s/ Christina P. Rudy*
    Christina P. Rudy
    Assistant Federal Public Defender
    Attorney for Defendant
    Office of the Federal Public Defender
    Districts of South Dakota and North Dakota
    100 W. Broadway Ave Suite 230
    Bismarck, ND 58501
    Telephone: 701-250-4500
    Facsimile:  701-250-4498
    filinguser_SDND@fd.org