**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER OF RECUSAL** |
| vs. | ) | |
| | ) | Case No. 3:23-cr-202 |
| Christian Vadan Akouala, | ) | |
| | ) | |
| Defendant. | ) | |

---

Defendant Christian Vadan Akouala moves for recusal of all judges in the District of North Dakota. Doc. 11. Given the specific facts and victims in this case, the motion for recusal is **GRANTED**. Pursuant to 28 U.S.C. § 455(a), all judges in the District of North Dakota are recused from hearing or determining any further proceeding in this case.

**IT IS SO ORDERED**.

Dated this 21st day of November, 2023.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court