# DESIGNATION OF UNITED STATES DISTRICT JUDGE
# FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT
# AND CASE TRANSFER FOR PROSECUTION TO
# ANOTHER DISTRICT WITHIN THE CIRCUIT

_____

WHEREAS, in my judgment the public interest so requires;

**3:23-cr-202** *United States v. Christian Akouala*

be transferred for prosecution from the **DISTRICT OF NORTH DAKOTA** to the **DISTRICT OF MINNESOTA.**

NOW THEREFORE, pursuant to the provisions of Title 28, United States Code, Section 292(b), I do hereby designate and assign the:

**HONORABLE NANCY BRASEL**

United States District Judge for the **DISTRICT OF MINNESOTA**, to hold court in the above matter**,** beginning **November 20, 2023**, and for such additional time in advance thereof to prepare or thereafter as may be required to complete unfinished business in the case.

Dated: November 20, 2023

*[signature]*

Lavenski R. Smith, Chief Judge
United States Court of Appeals, Eighth Circuit

Original:   **Kate Fogarty, Clerk of Court, District of Minnesota**
Honorable PatrickJ. Schiltz, Chief Judge, District of Minnesota
Honorable Peter D. Welte, Chief Judge, District of North Dakota
Honorable Nancy Brasel, District of Minnesota
Kari Knudson, Clerk of Court, District of North Dakota
Millie B. Adams, Circuit Executive